FILED
2024 Mar-14  AM 09:10
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT A

# BUSCHMILLS

BRYAN E. BUSCH

**BUSCH, MILLS & SLOMKA, LLP**

Market District Crabapple

3000 Heritage Walk, Suite 304 ◊◊ Milton, GA 30004

bb@buschmills.com

Phone: (404) 800-4062

Mobile: (770)265-6245

May 3, 2023

**<u>VIA CERTIFIED MAIL</u>**
**<u>RETURN RECEIPT REQUESTED</u>**
**<u>7021 2720 0000 7614 4335</u>**

Federal Bureau of Prisons

320 First Street, NW

Washington D.C. 20534

      re:    Federal Torts Claim Act (28 USC § 1346 et seq.)

- Tara Moore
  Inmate Number

To Whom It May Concern:

     This Firm serves as counsel for the above-named individual (hereafter "Client") who was incarcerated against her will by the United States of America at a female prison camp located within the Federal Correctional Institution in Aliceville, Alabama (hereafter "Aliceville"). The purpose of this letter is to provide notice to the Federal Bureau of Prisons of claims for negligence, assault, battery, false imprisonment and intentional infliction of emotional distress under the Federal Torts Claim Act ("FTCA") (28 USC § 1346 et seq.). All future communication regarding the claims set forth below or any investigation thereof must be addressed to the undersigned as legal counsel to Client.

**ATLANTA OFFICE:**

Market District Crabapple

3000 HERITAGE WALK, #304

MILTON, GA 30004

**WEST PALM BEACH OFFICE:**

701 S OLIVE AVENUE, #105

WEST PALM BEACH, FL 33401

Federal Bureau of Prisons
May 3, 2023

This letter also serves as notice to preserve and protect all evidence related to the claims described herein including, physical/DNA evidence, investigative notes and records, video/audio surveillance, computer records, and electronic communications.  Failure to safeguard all evidence related to these actions may result in spoliation claims against the correctional institution, the federal government and its agencies and any individuals involved in the destruction or alteration of evidence.

Aliceville is operated by the BOP through the United States Department of Justice.  Aliceville employs correctional officers, facilities staff and management to oversee and operate the prison facility.  The correctional officers are trained, managed, overseen and paid by the BOP.  The correctional officers are federal employees subjecting the United States of America to liability for improper actions committed within the course and scope of their employment.

Aliceville employed a male correctional officer named Robert Smith (hereafter "Offending Officer") that routinely sexually abused and harassed our Client during the time she was incarcerated at Aliceville. The Offending Officer was a known sexual predator and had been investigated on numerous occasions for sex crimes against female inmates.   The administration was well aware that the victims of sexual abuse were reluctant to report this misconduct for fear of reprisal including transfer to a different facility, disciplinary segregation, loss of early release rights, detrimental write-ups and loss of work privileges.  In fact, the administration instituted a strict policy whereby inmates complaining of mistreatment by prison officials were automatically removed to a local county detention center.  This relocation policy _intentionally_ suppressed complaints of sexual abuse as the county facilities are higher levels of security and do not permit the work details allowed at the Aliceville women's camp.

Despite the known issues of abuse, Aliceville granted the Offending Officer direct contact with our Client including supervising work details in carpentry and maintenance which granted him one on one access.  The Offending Officer used his position of authority to threaten, intimidate and coerce our Client into engaging in unwanted, non-consensual, sexual activities in direct violation of the Prison Rape Elimination Act ("PREA").  Aliceville administrators were directly responsible for the _negligent_ hiring, retention, training, reporting and supervision of the Offending Officers including failure to follow and enforce the following PREA regulations:

Federal Bureau of Prisons
May 3, 2023

- Section 115.11 - failing to enforce zero tolerance policy
- Section 115.13 - failing to supervise and monitor (video surveillance) one-on-one inmate/officer contact
- Section 115.15 - permitting improper cross-gender pat downs
- Section 115.17 - hiring, promoting and retaining officers who "may" have had improper sexual contact
- Section 115.43 - punishing sex victims with involuntary segregated housing, loss of privileges and work permits
- Section 115.61 - failing to report suspicion of sexual abuse
- Section 115.67 - failing to protect inmates from retaliation after reporting abuse
- Section 115.76 - failing to discipline staff for sexual misconduct

The Offending Officer, acting within the course and scope of his employment with the BOP, engaged in sexual abuse and harassment of our Client as prohibited and defined by PREA. This sexual abuse gives rise to Alabama state law claims.

Our Client was incarcerated at Aliceville beginning in 2019. Shortly after her arrival, the Offending Officer began making sexually suggestive comments to her and engaged in a pattern of sexual harassment. The harassment quickly evolved into sexual assault as the Offending Officers coerced, intimidated and demanded that our Client engage in sexual activities. In March 2019, the Offending Officer forced our Client into his facilities office and forced her to engage in sexual intercourse. The harassment continued until our Client was transferred to a federal facility in Miami. In 2021, she was sent back to Aliceville and was again placed under the supervision of the Offending Officer. In the summer of 2021, the Offending Officer would routinely find our Client in the unit, escort her to various facility closets, and engage in unwanted sexual touching and groping routinely inserting his fingers into her vagina.

Our Client was scared to report these instances of sexual abuse for fear of reprisal, punishment and transfer. As a result of these sexual assaults and harassment, our Client has suffered extensive pain and suffering, psychological trauma, physical trauma, emotional distress and depression. Our Client demands compensation from the federal government for this abuse in an amount of **$1,425,000**.

Federal Bureau of Prisons
May 3, 2023

We look forward to your timely response.

Sincerely,

Bryan E. Busch

**Tracking Number:**

# 70212720000076144335

 Copy     Add to Informed Delivery

## Latest Update

Your item was delivered to the front desk, reception area, or mail room at 12:08 pm on May 8, 2023 in WASHINGTON, DC 20534.

_____

**Get More Out of USPS Tracking:**

 USPS Tracking Plus®

⊘ **Delivered**

**Delivered, Front Desk/Reception/Mail Room**

WASHINGTON, DC 20534
May 8, 2023, 12:08 pm

**See All Tracking History**

**What Do USPS Tracking Statuses Mean?**

---

**Text & Email Updates**    ⌄

---

**USPS Tracking Plus®**    ⌄

---

**Product Information**    ⌄